### THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

IN RE:

    Ronald and Melinda Morgan            Case No. 13-32906
    Debtor                                            Chapter 7

### NOTIFICATION OF ADDRESS CHANGE

Comes the Debtor and would notify the Court of an address change. The correct address is as follows:

Ronald and Melinda Morgan
2100 Wilson Road Apt 632
Knoxville, TN 37912


Dated: June 10, 2015                          /s/ Cynthia T. Lawson
                                                      Cynthia T. Lawson
                                                      Bond, Botes & Lawson, PC
                                                      6704 Watermour Way
                                                      Knoxville, TN 37912
                                                      (865)938-0733

## Certificate of Service

The undersigned hereby certifies that a true and exact copy of the foregoing address change has been forwarded, by Electronic Filing (ECF), to Kimberly C. Swafford, U.S. Trustee's Office, and to F. Scott Milligan Trustee.

**Dated: June 10, 2015**                        /s/ Cynthia T. Lawson
                                                    **CYNTHIA T. LAWSON, # 018397**